**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1117**

In re:  ANTJUANE GLENTO DILWORTH,

Petitioner.

On Petition for Writ of Mandamus.  (1:04-cr-00412-CCE-1)

Submitted:  May 28, 2020                                  Decided:  June 4, 2020

Before WILKINSON, NIEMEYER, and DIAZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Antjuane Glento Dilworth, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antjuane Glento Dilworth petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2018) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has now acted on his motion. Accordingly, because the district court has recently decided Dilworth's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*